FILED
2013 Jul-02 AM 09:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IBERIABANK, a Louisiana state banking corporation, as successor to CAPITALSOUTHBANK, as successor to BANK OF ALABMA<br>v.<br><br>JOE LEE MIDDLEBROOKS, et al. | Plaintiff,<br><br><br><br><br><br><br><br>Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>2:13-cv-01213-TMP |

## Summons in a Civil Action

To: (*Defendant's name and address*)   First Financial Bank
c/o Lynn Joyce, Registered Agent
1630 4th Ave. North
Bessemer, AL 35020

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21 days___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Glenn E. Glover, James B. Bailey
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: **JUL , 1 2013**

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK
By: *Shirley H. Williams*
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IBERIABANK, a Louisiana state banking corporation, as successor to CAPITALSOUTHBANK, as successor to BANK OF ALABMA<br><br>v.<br><br>JOE LEE MIDDLEBROOKS, et al. | Plaintiff,<br><br><br><br><br><br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>2:13-cv-01213-TMP |

Summons in a Civil Action

To: (*Defendant's name and address*)
    Rebecca Lynn Knippers
    1394 Lake Trace Lane
    Hoover, AL 35244

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

    Within \_\_\_\_21 days\_\_\_\_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Glenn E. Glover, James B. Bailey
    Bradley Arant Boult Cummings, LLP
    1819 Fifth Avenue North
    Birmingham, AL 35203-2119

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: JUL 1 2013

SHARON N. HARRIS, CLERK
By: *Shirley A. Williams*

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IBERIABANK, a Louisiana state banking corporation, as successor to CAPITALSOUTHBANK, as successor to BANK OF ALABAMA<br>v.<br><br>JOE LEE MIDDLEBROOKS, et al. | Plaintiff,<br><br><br><br><br><br><br><br>Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>**CIVIL ACTION CASE NUMBER:**<br><br>2:13-cv-01213-TMP |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
    Terri D. Middlebrooks, n/k/a Terri Dill
    1720 Triple H Ranch Road
    Bessemer, Alabama 35022

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

    Within ___21 days___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Glenn E. Glover, James B. Bailey
    Bradley Arant Boult Cummings, LLP
    1819 Fifth Avenue North
    Birmingham, AL 35203-2119

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: **JUL 1 2013**

SHARON N. HARRIS, CLERK
By: *Shirley H. Williams*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IBERIABANK, a Louisiana state banking corporation, as successor to CAPITALSOUTHBANK, as successor to BANK OF ALABMA<br>v.<br><br>JOE LEE MIDDLEBROOKS, et al. | Plaintiff,<br><br><br><br><br><br><br><br>Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>**CIVIL ACTION CASE NUMBER:**<br><br>2:13-cv-01213-TMP |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

      Joseph Lee Middlebrooks
      1025 18th Street North
      Bessemer, AL 35020

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

  Within ____21 days____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

      Glenn E. Glover, James B. Bailey
      Bradley Arant Boult Cummings, LLP
      1819 Fifth Avenue North
      Birmingham, AL 35203-2119

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: **JUL 1 2013**

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IBERIABANK, a Louisiana state banking corporation, as successor to CAPITALSOUTHBANK, as successor to BANK OF ALABMA | Plaintiff, | ) ) ) ) ) ) ) ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| v. | | | **CIVIL ACTION CASE NUMBER:** |
| JOE LEE MIDDLEBROOKS, et al. | Defendant. | | 2:13-cv-01213-TMP |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

    Joe Lee Middlebrooks Enterprises, Inc.
    c/o Joseph Lee Middlebrooks, Registered Agent
    1025 18th Street North
    Bessemer, AL 35020

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

    Within ___21 days___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Glenn E. Glover, James B. Bailey
    Bradley Arant Boult Cummings LLP
    1819 Fifth Avenue North
    Birmingham, AL 35203-2119

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: **JUL 1 2013**

SHARON N. HARRIS, CLERK
By: *Shirley A. Williams*

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203